```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 03576
   JOSEPH DUNN
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-2314

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/15/2008 and was not confirmed.

     The case was dismissed without confirmation 06/16/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------------
DEUTSCHE BANK NATIONAL T NOTICE ONLY   NOT FILED             .00          .00
OCWEN FEDERAL BANK       CURRENT MORTG      .00              .00          .00
OCWEN FEDERAL BANK       MORTGAGE ARRE  15000.00             .00          .00
CITIFINANCIAL            UNSEC W/INTER  NOT FILED            .00          .00
COMCAST                  UNSEC W/INTER  NOT FILED            .00          .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER   1846.20             .00          .00
VERIZON WIRELESS         UNSEC W/INTER  NOT FILED            .00          .00
AT & T                   UNSEC W/INTER  NOT FILED            .00          .00
INTERNAL REVENUE SERVICE UNSEC W/INTER  NOT FILED            .00          .00
INTERNAL REVENUE SERVICE PRIORITY       1000.00              .00          .00
ROBERT J SEMRAD & ASSOC  REIMBURSEMENT   284.00              .00       284.00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY    3,500.00                        762.50
TOM VAUGHN               TRUSTEE                                         91.00
DEBTOR REFUND            REFUND                                         350.00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  1,487.50

PRIORITY                                            284.00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                      762.50
TRUSTEE COMPENSATION                                 91.00
DEBTOR REFUND                                       350.00
                        ---------------      ---------------
TOTALS                   1,487.50                 1,487.50




               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 03576 JOSEPH DUNN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 09/24/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```